1

KLEIN ZELMAN ROTHERMEL LLP
Sean A. Moynihan (SM 5129)
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020

2

3

Attorneys for defendant NWI

4

5

UNITED STATES DISTRICT COURT

6

SOUTHERN DISTRICT OF NEW YORK

7

8

THE NEW YORK TIMES
COMPANY,

           Plaintiff,

9

                v.

10

NEASI-WEBER INTERNATIONAL
LLC,

11

           Defendant.

12

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 07 CV 8046 (JFK)
ECF CASE

NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C.
§ 1441(b) (diversity)

13

14

        TO THE CLERK OF THE ABOVE COURT:   PLEASE TAKE NOTE that

15

defendant Neasi-Weber International LLC (incorrectly named as Neasi-Weber

16

International, a California corporation) hereby removes to this Court the state

17

court action described below.

18

        1. On 23 August 2007 an action was commenced in the Supreme Court

19

of the State of New York, County of New York, entitled The New York Times

Company v. Neasi-Weber International Index Number 602857/07. A copy of

20

the complaint is attached as Exhibit 1. SAM

21

        2. The first date on which defendant received a copy of the complaint

22

was 27 August 2007 when defendant received a Federal Express from plain-

tiff's counsel. A copy of the Summons is attached as Exhibit 2. SAM

23

        3. The complaint is a civil action over which this court has original

1

jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441(b) in that it is between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. The allegation of diversity of citizenship is found in complaint paragraphs 2 (plaintiff is a New York corporation with principal place of business in New York) and 3 (defendant is a California (limited liability) corporation with its principal place of business in California).

5. The allegation of amount in controversy is found in complaint paragraph 12 where plaintiff alleges the dispute concerns nonpayment of $117,500.

Dated: New York, New York
       September 13, 2007

      KLEIN ZELMAN ROTHERMEL LLP

By_____
      Sean A. Moynihan (SM 5129)
      485 Madison Avenue, 15th Floor
      New York, New York 10022
      (212) 935-6020

      Attorneys for Defendant

2