KLEIN ZELMAN ROTHERMEL LLP
Sean A. Moynihan (SM 5129)
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020

Attorneys for defendant NWI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEASI-WEBER INTERNATIONAL LLC,<br><br>Defendant. | Case No. 07 CV 8046 (JFK)<br>ECF CASE<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Neasi-Weber International LLC hereby certifies that it does not have a parent corporation and that no publicly held corporation owns ten percent of more of the stock of the company.

Dated: New York, New York
       September 13, 2007

KLEIN ZELMAN ROTHERMEL LLP

By: _____
Sean A. Moynihan (SM-5129)
485 Madison Avenue, 15th Floor
New York, New York 10022
(212) 935-6020

1

00085966;1

|    |                              |
|----|------------------------------|
| 1  | (212) 753-8101 Fax           |
| 2  | *Attorneys for Defendants*   |
| 3  |                              |
| 4  |                              |
| 5  |                              |
| 6  |                              |
| 7  |                              |
| 8  |                              |
| 9  |                              |
| 10 |                              |
| 11 |                              |
| 12 |                              |
| 13 |                              |
| 14 |                              |
| 15 |                              |
| 16 |                              |
| 17 |                              |
| 18 |                              |
| 19 |                              |
| 20 |                              |
| 21 |                              |
| 22 |                              |
| 23 |                              |

00085966;1