UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The New York Times Company,
   Plaintiff,

v.

Neasi-Weber International, LLC,
   Defendant.

Case No. 07cv8046(JFK)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  STACY K. WOLERY, being duly sworn says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

  On September 14, 2007, I caused to be served a true copy of the Notice of Removal and Corporate Disclosure Statement in the following manner.

✓ by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

✓ by facsimile to the last known facsimile numbers of the persons at the addresses and facsimile numbers indicated below:

    George Freeman, Esq.
    The New York Times Company
    Legal Department
    620 Eighth Avenue, 18th Floor
    New York, New York 10018
    (212) 556-4634 (Telecopier)

            _____
             Stacy K. Wolery

Sworn to before me this
14th day of September, 2007

_Tanya R. DeRose_
Notary Public
TANYA R. DeROSE
Notary Public, State of New York
No. 03-4973858
Qualified in New York County
Commission Expires Nov. 19, 2010

{00085970;1}