UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The New York Times Company,
      Plaintiff,

v.

Neasi-Weber International, LLC,
      Defendant.

Case No. 07cv8046(JFK)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    STACY K. WOLERY, being duly sworn says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

    On September 17, 2007, I caused to be served a true copy of the Answer and Counterclaim in the following manner.

    ✓    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

                George Freeman, Esq.
                The New York Times Company
                Legal Department
                620 Eighth Avenue, 18th Floor
                New York, New York 10018
                (212) 556-4634 (Telecopier)

                _____
                Stacy K. Wolery

Sworn to before me this
17th day of September, 2007

_____
Notary Public

    TANYA R. DeROSE
  Notary Public, State of New York
      No. 03-4973858
  Qualified in New York County
Commission Expires Nov. 19, 2010

{00085970;1}