UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The New York Times Company,
        Plaintiff,

v.

Neasi-Weber International, LLC,
        Defendant.

---

Neasi-Weber International, LLC,
        Counterclaimant,

v.

The New York Times Company and
International Herald Tribune U.S. Inc.,
        Counterdefendants.

Case No. 07cv8046(JFK)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK  )

      STACY K. WOLERY, being duly sworn says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

      On September 19, 2007, I caused to be served a true copy of the Summons and Counterclaims on International Herald Tribune U.S. Inc. ("IHT") in the following manner.

✓    by sending via Federal Express the same in a sealed envelope, with shipping prepaid, addressed to the last known address of IHT's statutory registered agent as indicated below:

                          Corporation Service Company
                          80 State Street, 6th Floor
                          New York, New York 12207-2543

                                                Stacy K. Wolery

Sworn to before me this
20th day of September, 2007

*Dana Charlton*
Notary Public

DANA CHARLTON
Notary Public, State of New York
No. 01CH4512786
Qualified in Bronx County
Commission Expires November 30, 2009

{00086076;1}