MEMO ENDORSED

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The New York Times Company,
    Plaintiff,

v.

Neasi-Weber International, LLC,
    Defendant.

---

Neasi-Weber International, LLC,
    Counterclaimant,

v.

The New York Times Company and
International Herald Tribune U.S. Inc.,
    Counterdefendants.

---

Case No. 07cv8046(LAK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stacy K. Wolery, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Cynthia Woollacott
    Firm's Name:    Woollacott Jannol, LLP
    Address:    10350 Santa Monica Blvd., # 350
    City/State/Zip:    Los Angeles, CA 90025
    Telephone Number:    (310) 277-5504
    Fax Number:    (310) 552-7552

Cynthia Woollacott is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Cynthia Woollacott in any State or Federal Court.

Date:    September 20, 2007
        New York, New York

Respectfully submitted,

SO ORDERED Granted

_____
Sean A. Moynihan (SM 5129)

LEWIS A. KAPLAN, USDJ
10/4/07