AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 07 CV 8046 (JFK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Neasi-Weber International, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2007 | _(signature)_ |
| Date | Signature |
| | Richard B. Newman                                    7118 |
| | Print Name                                        Bar Number |
| | 485 Madison Ave. 15th fl. |
| | Address |
| | New York              NY              10022 |
| | City                     State            Zip Code |
| | (212) 935-6020              (212) 753-8101 |
| | Phone Number                    Fax Number |