UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEASI-WEBER INTERNATIONAL LLC,<br><br>　　　　Defendant.<br><br>―――――――――――――――<br><br>NEASI-WEBER INTERNATIONAL LLC,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>THE NEW YORK TIMES COMPANY, and INTERNATIONAL HERALD TRIBUNE U.S. INC.,<br><br>　　　　Counterdefendants. | Case No. 07-cv-08046 (JFK)<br><br>CONSENT SCHEDULING ORDER |

1

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after 28 February 2008.
2. No amendments to pleadings will be permitted after 28 February 2008.
3. The parties shall make required Rule 26(a)(1) disclosure by 7 January 2008. Currently the parties do not believe there is any need for subsection (2) disclosures.
4. All discovery shall be completed on or before 14 March 2008. The parties agree that defendant may serve document requests prior to the Rule 26(a)(1) disclosure and that depositions are set as follows:

    28 January 2008    Larry Clare
    29 January 2008    Anthony LoPomo and NYTCo. corporate designee/counsel (possibly Juliette Blake)
    30 January 2008    Michael Brier

5. All summary judgment motions shall be filed on or before 25 April 2008, oppositions shall be filed by 9 May 2008 and any reply shall be filed by 16 May 2008.
6. If the summary judgment motions do not the resolve the action, a joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed within 30 days of the ruling(s) on the motions.
7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.
8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.
9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel shall not assume that extensions will be granted as a matter of routine.

Dated: 12/17/07

*/s/ John F. Keenan*
~~Lewis A. Kaplan~~
United States District Judge

CONSENTED TO:

*/s/ George Freeman*
George Freeman,
Attorney for NYTCo. and International Herald Tribune

WOOLLACOTT JANNOL LLP

*/s/ Cynthia Woollacott*
By Cynthia Woollacott
Attorneys for Neasi-Weber International, Inc.

3

CONSENT SCHEDULING ORDER