```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
THE NEW YORK TIMES CO.              :

               Plaintiff,           :      ORDER
                                    :      07 Civ. 8046 (JFK)(MHD)
       -against-                    :

NEASI-WEBER INT'L, LLC              :

               Defendant.           :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    ORDERED that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, JANUARY 30, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 9B, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       January 10, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE



Copies of the foregoing Order have been mailed today to:

George Freeman, Esq.
The New York Times Company
620 8th Avenue
New York, NY 10018

Sean Anthony Moynihan, Esq.
Klein, Zelman, Rothermel LLP
485 Madison Avenue
New York, NY 10022

Cynthia Woollacott, Esq.
Woollacott Jannol, LLP
10350 Santa Monica Boulevard #350
Los Angeles, CA 90025

Richard Brian Newman, Esq.
Klein, Zelman, Rothermel LLP
485 Madison Avenue
New York, NY 10022