UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY, )
　　　　　　　　　　　　　　　 )   Case No.07-CV-8046 (JFK)
　　　　Plaintiff, 　　　　　　 )
　　　　　　　　　　　　　　　 )   STIPULATION OF
　　　　v.　　　　　　　　　　 )   DISMISSAL WITH PREJUDICE
　　　　　　　　　　　　　　　 )
NEASI-WEBER INTERNATIONAL LLC, )
　　　　　　　　　　　　　　　 )
　　　　Defendant.　　　　　　 )
---
　　　　　　　　　　　　　　　 )
NEASI-WEBER INTERNATIONAL LLC, )
　　　　　　　　　　　　　　　 )
　　　　Counterclaimant.　　　 )
　　　　　　　　　　　　　　　 )
　　　　v.　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
THE NEW YORK TIMES COMPANY, and )
INTERNATIONAL HERALD TRIBUNE )
U.S. INC.,　　　　　　　　　　 )
　　　　Counterdefendants.　　 )

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08
```

IT IS HEREBY AGREED by and between The New York Times Company, International Herald Tribune U.S. Inc and Neasi-Weber International, LLC that this action is dismissed with prejudice, with each side to bear its own costs.

_____　　　_____
Cynthia Woollacott　　　　　　　　　　George Freeman
Woollacott Jannol LLP　　　　　　　　Legal Department
10350 Santa Monica Blvd., Suite 350　　The New York Times Company
Los Angeles, CA 90025　　　　　　　　620 Eighth Avenue (18th Floor)
(310) 277-5504　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　(212) 556-1558

Attorneys for Defendant　　　　　　　Attorneys for Plaintiff and Counterdefendants
Neasi-Weber International, LLC　　　　The New York Times Company and
　　　　　　　　　　　　　　　　　　International Herald Tribune U.S. Inc

SO ORDERED:
_John F. Keenan_
U.S.D.J.  2/15/08

43908